NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

**05-114**

BETTY ALFRED

VERSUS

GRAND CASINO COUSHATTA C/O EMPLOYERS UNITY

\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
THIRTY-FIRST JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON DAVIS, NO. C-698-04
HONORABLE WENDELL R. MILLER, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*
**ELIZABETH A. PICKETT**
**JUDGE**
\*\*\*\*\*\*\*\*\*\*

Court composed of Jimmie C. Peters, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**

J. Jerome Burden
Louisiana Department of Labor
P. O. Box 94094 Capitol Station
Baton Rouge, LA 70804-9094
Counsel for Defendant/Appellee:
        Louisiana Department of Labor

W. Todd Fontenot
Stutes, Fontenot, Lavergne & Lutz, L.L.C.
P. O. Box 1644
Lake Charles, LA 70602
Counsel for Defendant/Appellee:
        Grand Casino Coushatta

Betty Alfred
In Proper Person
P. O. Box 294
Fenton, LA 70640-0294
        Appellant